```
              UNITED STATES DISTRICT COURT

               SOUTHERN DISTRICT OF TEXAS

                    HOUSTON DIVISION
```

United States Courts
Southern District of Texas
FILED

OCT 1 6 2013

David J. Bradley, Clerk of Court

| UNITED STATES OF AMERICA | § | CRIMINAL NO.: |
|---|---|---|
| v. | § | |
| DANIEL SCOTT, | § | H 13 -632 |
| Defendant. | § | |

INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

From on or about June 12, 2012, and continuously thereafter, up to and including the date of this indictment, within the Southern District of Texas and elsewhere,

DANIEL SCOTT,

defendant herein, an individual who was required to register pursuant to the Sex Offender Registration and Notification Act, having traveled in interstate commerce, did knowingly fail to register and update registration as required by the Sex Offender Registration and Notification Act.

In violation of Title 18, United States Code, Section 2250(a).

A TRUE BILL:

Original Signature on File

GRAND JURY FOREPERSON

KENNETH MAGIDSON
United States Attorney

By: /s/ Richard D. Hanes

RICHARD D. HANES
Assistant United States Attorney
713-567-9375